IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
H. L., a minor who sues      )
by and through Heather       )
Ware her mother and next     )
of friend,                   )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:12cv996-MHT
                             )          (WO)
SHIELD INSURANCE COMPANY,    )
                             )
     Defendant.              )
```

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' petition for approval of pro-ami settlement (Doc. No. 28) is granted.

(2) The following sum is approved in settlement of all claims brought by plaintiff H.L., who sues by and through Heather Ware, her mother and next friend: $ 90,000, with $ 50,000 paid by U.S.A.A. on behalf of its insured, defendant C.C.) and $ 40,000 paid by Country Preferred

Insurance Company, as successor to Shield Insurance Company.

(3) Said proceeds shall be paid directly to Beasley Allen and then distributed as follows:

    (a) $ 10,006.52 to Blue Cross Blue Shield for injuries sustained.

    (b) $ 2,500 to Heather Ware for her out-of-pocket expenses.

    (c) $ 1453.20 and $ 29,486.08 to Beasley Allen for expenses and attorney's fees, respectively;

(4) The remaining sum of $ 46,554.20 is to be maintained in a trust account with Beasley Allen for H.L. until she reaches the age of 19.

(5) The insurance carriers for C.C. and the uninsured-motorist carrier, Country Preferred Insurance Company, as successor to defendant Shield Insurance Company, shall each pay one-half of the fees and expenses of the guardian ad litem, Karen Mastin Laneaux.

(6) Upon payment of the foregoing, defendant Shield Insurance Company shall be fully released and this action dismissed with prejudice.

(7) This action is dismissed with prejudice, except in the following respect for which the court retains jurisdiction: Within 60 days from the date of this judgment, H.L. may submit a specific proposal for court approval of an amount to be released in order to purchase or make a down payment on a car for her.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The clerk of the court may close this case.

DONE, this the 26th day of February, 2013.

      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE